CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID#
Commitmen[redacted]

For value received, the undersigned, BANK OF AMERICA, N.A., 101 S MARENGO AVE 4TH FLOOR, PASADENA, CA 91101, hereby grants, assigns and transfers to:
PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC
6101 CONDOR DRIVE, MOORPARK, CA 93021

All beneficial interest under that certain Deed of Trust dated 12/22/06, executed by: MICHELLE CLOUGH, Trustor as per TRUST DEED recorded as Instrument No. 2006-00059930 on 12/28/06 in Book VL-6302 Page 632 of official records in the County Recorder's Office of BELL County, TEXAS.
Tax Parcel = 383404,   BELL COUNTY CENTRAL APPRAISAL DIST
Original Mortgage $58,800.00
1720 E FRENCH AVE, TEMPLE, TX 76501

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: OCT 24 2013     BANK OF AMERICA, N.A.

By _____
ELIZABETH ESPANA, ASSISTANT VICE PRESIDENT

State of California
County of Los Angeles

On OCT 24 2013 before me, ANITA J. CALDERON _____, Notary Public, personally appeared ELIZABETH ESPANA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
ANITA J. CALDERON

[Notary Seal: ANITA J. CALDERON, Commission # 1931780, Notary Public - California, Ventura County, My Comm. Expires May 5, 2015]

Prepared by: AMPARO MAYORGA
Recording requested by AND
When recorded mail to:
PENNYMAC LOAN SERVICES, LLC
6101 CONDOR DRIVE
MOORPARK, CA, 93021
Attn: DANIELLE BROOKS
Phone#: (626) 486-3563

Exhibit "C"

* * * * * * * * * * * FOR RECORDER'S USE ONLY * * * * * * * * * * * * *

Doc-10739 Bk-OR VI-8877 Pg-570

## **** Electronically Filed Document ****

## Bell County, Tx
## Shelley Coston
## County Clerk

Document Number: 2014-10739
Recorded As          : ERX-RECORDINGS

| | |
|---|---|
| Recorded On: | March 27, 2014 |
| Recorded At: | 12:45:20 pm |
| Number of Pages: | 2 |
| Book-VI/Pg: | Bk-OR  VI-8877  Pg-569 |
| Recording Fee: | $11.00 |

Parties:

Direct- CLOUGH MICHELLE
Indirect- PENNYMAC MORTGAGE INVESTMENT TRUST HOLDING

| | |
|---|---|
| Receipt Number: | 199384 |
| Processed By: | Grace Gomez |

(Parties listed above are for Clerks reference only)

************ **THIS PAGE IS PART OF THE INSTRUMENT** ************
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

I hereby certify that this instrument was filed on the date and time stamped hereon and was duly recorded in the Real Property Records in Bell County, Texas

**Shelley Coston**
**Bell County Clerk**    *Shelley Coston*