IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 14-60288-rbk |
| JAMIE RAY CARTER | § | |
| DEBTOR | § | |
| | § | CHAPTER 13 |

### DEFAULT ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR STAY
(RELATED TO DOCKET ENTRY #    )

CAME ON before the Court for consideration the Motion for Relief from Stay and Co-Debtor Stay Against Property ("Motion") filed PENNYMAC HOLDINGS, LLC FKA PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC, ITS SUCCESSORS IN INTEREST AND/OR ASSIGNS ("PennyMac Holdings" and/or "Movant"), by its mortgage servicer, PENNYMAC LOAN SERVICES, LLC, ("PennyMac Services"). The Court finding, based on the representations of counsel for Movant, that the Chapter 13 Trustee has filed no opposition to the Motion; that no other party has filed a response in opposition to the Motion and that the deadline to oppose the Motion has passed, it is:

ORDERED that the automatic stay of 11 U.S.C. § 362 and the Co-Debtor stay of 11 U.S.C. § 1301 is terminated as to the real property at 1720 East French Avenue, Temple, Texas, 76501, which is legally described as:

> LOT SIX (6), BLOCK ONE (1), BLUEBONNET MEADOWS SUBDIVISION, A SUBDIVISION IN THE CITY OF TEMPLE, BELL COUNTY, TEXAS, ACCORDING

TO THE MAP OR PLAT OF RECORD IN CABINET D, SLIDE 127-C, PLAT RECORDS OF BELL COUNTY, TEXAS.

(the "Property"); it is further

ORDERED that Movant, its successors in interest and assigns, is authorized to exercise its statutory and contractual rights and remedies as to the Property, including foreclose and repossessing of the Property; it is further

ORDERED that Movant shall not be required to file any subsequent Notices of Mortgage Payment Change or Notices of Fees, Expenses of Charges as to the Property; it is further

ORDERED that all communications including notices required by state law, sent by Movant in connection with proceeding against the property may be sent directly to the Debtor and Co-Debtor; and it is further

ORDERED that, based on the lack of filed opposition to the Motion, the fourteen day provision of Rule 4001(a)(3) is waived and PennyMac Services and/or PennyMac Holdings, its successors in interest and assigns, may immediately enforce and implement this Order.

***END OF ORDER***

RESPECTFULLY SUBMITTED BY:

√ Anabel King / TBN 24067659
Email aking@logs.com
Grant M. Tabor / TBN 24027905
Email gtabor@logs.com
SHAPIRO SCHWARTZ, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Direct (713) 933-1561
Telephone (713)462-2565
Facsimile (847)879-4856

COUNSEL FOR PENNYMAC SERVICES
AS MORTGAGE SERVICER FOR
PENNYMAC HOLDINGS